## Commonwealth *v.* Dennis, Appellant.

Submitted June 10, 1968. *Edward Dennis*, appellant, in propria persona; *Vram Nedurian, Jr.* and *Ralph B. D'Iorio*, Assistant District Attorneys, *William R. Toal, Jr.*, First

Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.